

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00141-CV

DON CORLEY, JR.                                                                            APPELLANT

V.

GAYLAN HENDRICKS AND DAN                                                       APPELLEES
HENDRICKS

----------

## FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY
## TRIAL COURT NO. 141-272463-14

----------

## MEMORANDUM OPINION[1]

----------

Having considered the petition for permissive interlocutory appeal of Appellant Don Corley, Jr. and the response of Appellees Gaylan Hendricks and Dan Hendricks,[2] we deny the petition.[3]

---

[1]See Tex. R. App. P. 47.4.

[2]See Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d), (f) (West Supp. 2015); see also Tex. R. App. P. 28.3(a), (f), (j).

[3]See Tex. Civ. Prac. & Rem. Code Ann. § 51.014(f).

PER CURIAM

PANEL:  DAUPHINOT, J.; LIVINGSTON, C.J.; and GARDNER, J.

DELIVERED:  June 9, 2016